667 A.2d 669

IN THE MATTER OF DENISE D. ASHLEY, AN ATTORNEY AT LAW.

November 16, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court on May 24, 1995, recommending that **DENISE D. ASH-LEY** of **CAMDEN**, who was admitted to the bar of this State in 1984 and who is currently on disability inactive status, be dis-barred for the knowing misappropriation of client funds, in viola-tion of *RPC* 1.15;

And respondent having been ordered to show cause why she should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **DENISE D. ASH-LEY** is disbarred, effective immediately, and that her name be stricken from the roll of attorneys of this State; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **DENISE D. ASHLEY**, pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund, pending further Order of this Court; and it is further

ORDERED that **DENISE D. ASHLEY** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that **DENISE D. ASHLEY** reimburse the Disciplinary Oversight Committee for appropriate administrative costs.